HughesWattersAskanase

Filed: 1/12/2015 3:59:40 PM
Dana DeBeauvoir
Travis County Clerk
C-1-CV-14-005024
Anita Duran

January 12, 2015

Travis County Clerk NO. 2
P.O. Box 149325
Austin, Texas 78714

    Re:    Cause No. C-1-CV-14-005024; FEDERAL NATIONAL MORTGAGE
           ASSOCIATION vs. Gerald R. Haddox and Sharon Haddox; In the County
           Court at Law No. 2, Travis County, Texas

Dear Civil Clerk:

Please be advised we are dismissing the appeal filed on January 2, 2015 in the above-referenced case as our Motion for New Trial was granted today, January 12, 2015.

Thank you for your assistance in this matter and if you have any questions, you may call me at (713) 328-1929.

Sincerely,

Melanie Johnston
Assistant to Sarah S. Robbins

/mj

Hughes Watters Askanase LLP, Attorneys at Law
Three Allen Center, 333 Clay, 29th Floor :: Houston, TX 77002
PHONE 713 759 0818 :: FAX 713 759 6834 :: INTERNET www.hwa.com

2267125; fquanl-0005


000937018

167

Cause No. C-1-CV-14-005024

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE ASSOCIATION | § § | IN THE COUNTY COURT |
| Plaintiff | § § | |
| v. | § § | AT LAW NO. 2 |
| GERALD R. HADDOX AND SHARON HADDOX AND ALL OTHER OCCUPANTS | § § § § | |
| Defendants | § | TRAVIS COUNTY, T E X A S |

## ORDER FOR NEW TRIAL

ON THIS DAY came on for consideration Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION'S Motion for New Trial. After reviewing the Motion for New Trial, the Response, and the arguments of counsel, if any, the Court finds that Plaintiff FEDERAL NATIONAL MORTGAGE ASSOCIATION'S Motion for New Trial should be in all things GRANTED.

IT IS THEREFORE ORDERED that the judgment signed on December 5, 2014 is VACATED and this case shall be set for a new trial on its merits.

SIGNED ON Jan 12, 2015

JUDGE PRESIDING

**ERIC M. SHEPPERD**

FILED FOR RECORD
2015 JAN 13 AM 10: 10
DANA DeBEAUVOIR
COUNTY CLERK
TRAVIS COUNTY, TEXAS

Case # C-1-CV-14-005024

2898866falwb/0209

168